UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WEB.COM GROUP, INC.,**

    Plaintiff,

v.                                              Case No.: **3:14-cv-1374-J-25 JRK**

**MOBILE PROMOTIONS NETWORK, LLC,** *et al,*

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendants' Motion for Sanctions (Dkt. 30) and Motion for Leave to File a Reply (Dkt. 32). As to the reply motion, the Court does not require any additional briefing by the Parties to render its decision.

The Court agrees with Defendants that Plaintiff should have known that the spreadsheet at issue in this case did not demonstrate approximately 160 customer complaints regarding USDirectory.com. However, as noted in Plaintiff's response to the sanction motion, the Court did find that it proffered *some* isolated incidents that demonstrate some of Defendants' vendor employees may have implied a pre-existing business relationship with Plaintiff's customers and, further, some of these customers may have been confused about the nature of USDirectory.com's solicitations. Thus, while Plaintiff's allegations are presently supported by little evidence, the Court cannot find that they have absolutely no evidentiary support. *Worldwide Primates, Inc. v. McGreal*, 87 F.3d 1252, 1254 (11th Cir. 1996). Defendants' sanction motion is due to be denied.

Lastly, Plaintiff's request for fees "incurred to respond to [Defendant's] salacious accusations," contained in its response to the Motion for Sanctions, is clearly frivolous and therefore denied. Accordingly, it is **ORDERED**:

1. Defendants' Motion for Sanctions (Dkt. 30) is **DENIED**;

2. Motion for Leave to File a Reply (Dkt. 32) is **DENIED**.

**DONE AND ORDERED** this 23 day of April 2015.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record